# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LARRY HACKNEY, | : | |
| --- | --- | --- |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 19-CV-3591 |
| | : | |
| COMCAST & XFININTY, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 13th day of August, 2019, upon consideration of Plaintiff Larry Hackney's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and his *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED without prejudice** for lack of subject matter jurisdiction for the reasons in the Court's Memorandum.

4. The Clerk of Court shall **CLOSE** this case.

                                              **BY THE COURT:**

                                              **/s/ Robert F. Kelly**
                                              **ROBERT F. KELLY, J.**